

STATE OF MICHIGAN

SUPREME COURT

143785(30)

PATRICK MCCARTHY,
  Plaintiff-Appellant,

v
                   SC: 143785
                   COA: 300921
ALISON SCOFIELD, ET AL,       Ct Claims: 06-179-MZ
  Defendants-Appellees       Oakland CC: 06-079432-NO
_____

STATEMENTS OF THE JUSTICES DENYING THE MOTION FOR
DISQUALIFICATION

October 18, 2011


   YOUNG, C.J.  Plaintiff has filed yet another motion in his efforts to disqualify me. There are no new grounds asserted in his latest motion that have not already been asserted. I deny plaintiff's motion for disqualification for the reasons stated in my September 16, 2011 statement in *McCarthy v Sosnick*, Docket Nos. 142461-2.

   CAVANAGH, J.  Plaintiff has moved for my disqualification.  I deny plaintiff's motion for disqualification for the reasons stated in my September 16, 2011 statement in *McCarthy v Sosnick*, Docket Nos. 142461-62.

   MARILYN KELLY, J.  Plaintiff has moved for my disqualification.  I deny plaintiff's motion for disqualification for the reasons stated in my September 16, 2011 statement in *McCarthy v Sosnick*, Docket Nos. 142461-62.

   MARKMAN, J.  This is to deny plaintiff's motion for my disqualification for the reasons set forth in my statement of September 16, 2011 in *McCarthy v Sosnick*, Docket Nos. 142461-2.

HATHAWAY, J. Plaintiff has moved for my disqualification. I deny plaintiff's motion for disqualification for the reasons stated in my September 16, 2011 statement in *McCarthy v Sosnick*, Docket Nos. 142461-2.